Before STATE INDUSTRIAL BOARD, Respondent.   OTTO RECK, Respondent, v. DONNER UNION COKE CORPORATION and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

DANIEL RAYMOND SULLIVAN, Appellant, v. ANNA BLESNECK, Respondent.— Judgment unanimously affirmed, with costs. The court disapproves of the eleventh finding of fact as immaterial.

ARTHUR W. SELLECK, Respondent, v. DANIEL GREGORY and Another, Appellants.— Judgment unanimously affirmed, with costs.

JOHN SCHAD, Respondent, v. THE NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent.   GEORGE STRATZ, Respondent, v. JAMES H. HARNDEN COMPANY and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent.   EMILY SILNY, Respondent, v. LARRY J. MARGULIES and Another, Appellants.— Disability award, made December 19, 1924, reversed and claim remitted to the State Industrial Board. Award, made October 20, 1924, for physician's bills and drugs, reversed and claim dismissed. Award, made June 26, 1925, reversed on the ground that there is no evidence to sustain the award, and claim for services of nurses dismissed.   All concur.

Before STATE INDUSTRIAL BOARD, Respondent.   LOUISA SEUBERT, Respondent, v. THE ESTATE OF G. SIDENBERG and Another, Appellants.—Award reversed, and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence that the deceased workman was subjected by his employment to any special hazard from which he died.   All concur.

THE UNITED STATES, Respondent, v. VIRGIL VAN PATTEN, Appellant.— Judgment unanimously affirmed, with costs, on the opinion in *United States* v. *Myers* [215 App. Div. 624], decided herewith.

Before STATE INDUSTRIAL BOARD, Respondent.   MARTIN URBAN, Respondent, v. TAYLOR-FICHTER STEEL CONSTRUCTION CO., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the ground that the appellants have no interest in the sole question raised upon the appeal.

Before STATE INDUSTRIAL BOARD, Respondent.   JOSEPH VARINA, Respondent, v. JOHN J. FERGUSON and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

W. SUMNER WHITE and Another, Appellants, v. LOUIS M. LASKARIS, Respondent.—Settled.

Before STATE INDUSTRIAL BOARD, Respondent.   JOHN A. WATSON, Respondent, v. SEA BEACH STEAM LAUNDRY, INC., and Another, Appellants.—Award reversed and claim dismissed as to the insurance carrier; award as to the employer unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent.   NORA WALLACE, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.—Award unanimously affirmed, with costs to the State Industrial Board.